# Court of Appeals
# of the State of Georgia

ATLANTA,  April 13, 2021

*The Court of Appeals hereby passes the following order:*

**A21D0260.  IN RE: ROBERT D'AGOSTINO.**

In 2019, Robert D'Agostino filed a "Petition for Removal From Registry," in which he apparently sought removal from a sex offender registry based on a 2003 federal conviction of possession of child pornography. In an order entered on January 11, 2021, the trial court denied D'Agostino's motion. D'Agostino filed a motion for reconsideration, which the trial court also denied.  On March 18, 2021, D'Agostino filed an application for discretionary review of the trial court's order. However, we lack jurisdiction.

To be timely, an application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). The denial of a motion for reconsideration is not directly appealable. See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000).  And the filing of such motion does not extend the time for appealing the underlying judgment – in this case, the order denying D'Agostino's petition for removal from the sex offender registry.  Id.

D'Agostino's application is invalid as to the order denying his motion for reconsideration and untimely as to the order denying his petition for removal from the registry, as it was filed 59 days after the entry of the trial court's order. Accordingly,

this application is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* __04/13/2021__

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*